NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J.D.R.,                                    )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No.  2D16-5525
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
                                           )
_____)

Opinion filed May 16, 2018.

Appeal from the Circuit Court for Pinellas
County; Sherwood Coleman, Judge.

Howard L. Dimmig, II, Public Defender,
and William L. Sharwell, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan D. Dunlevy,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

          Affirmed.


LaROSE, C.J., and SILBERMAN and SALARIO, JJ., Concur.